# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 07-cr-00238-WDM |
| NATALI MARTINEZ-MEJIA | Bruce Brown<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC 1325 | Improper Entry by Alien | 8/1/2006 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/21/2007
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/22/2007
Date

DEFENDANT:  NATALI MARTINEZ-MEJIA
CASE NUMBER:  07-cr-00238-WDM                                        Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 123 days with credit for time served.

The defendant is remanded to the custody of the United States Marshal for processing and release.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  NATALI MARTINEZ-MEJIA
CASE NUMBER:  07-cr-00238-WDM                                      Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

  The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| **Count** | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
|  | $10.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 |

DEFENDANT:  NATALI MARTINEZ-MEJIA
CASE NUMBER:  07-cr-00238-WDM                                              Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows: Payment is due no later than **September 7, 2007**.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

Payments shall be applied in the following order:  (1) special assessment.